IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD BROYLES,**

    Plaintiff,

  vs.                              Civil Action 2:13-cv-628
                                    Magistrate Judge King

**RESIDENCE INN BY MARRIOTT,**
*et al.*,

    Defendants.

## ORDER

At the joint request of the parties, the December 12, 2013 Settlement Week mediation is **VACATED**.

The case will be referred to the March 2014 Settlement Week.

                                            *s/Norah McCann King*
                                            Norah M<sup>c</sup>Cann King
                                United States Magistrate Judge

November 27, 2013
Date